# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JANIE ROBBINS,<br><br>Defendant. | Case No.: 4:23-CV-104<br><br>**CONSENT INJUNCTION AND DISMISSAL** |

Pursuant to the agreement of Plaintiff Allstate Insurance Company ("Allstate") and Defendant Janie Robbins ("Robbins") (collectively, the "Parties"), due notice having been given and the Court being fully advised,

**It Is Hereby Ordered:**

1. Prior to February 28, 2024, Robbins will not solicit the purchase of products or services in competition with those sold by Allstate, which Robbins sold on behalf of Allstate:

    - With respect to an "Allstate Customer" which is defined by the Parties in a separate Settlement Agreement and Mutual Release to include any person, company, or organization to whom Robbins sold insurance or other products or services on behalf of Allstate, and who was a customer of Allstate on December 31, 2022 and remained an Allstate customer on or before August 1, 2023. Allstate Customer shall not include the two individuals identified in the Settlement Agreement and Mutual Release; or

    - From any office or business site located within one (1) mile of 2250 N. Main Street, Tarboro, North Carolina.

2. Robbins, and her agents, representatives, associates, employees, and all those acting in concert or participation with her, are prohibited from using, possessing or accessing Allstate confidential information. For purposes of this Order, Allstate "confidential information" is the Allstate property and information identified in Paragraph 3 of the Confidentiality and Non-Competition Agreement ("LSP Agreement") signed by Robbins on or about January 6, 2011.

3. This matter is hereby dismissed with prejudice and without costs to any party at the time the Consent Injunction is entered.

1

DATED this 1st day of November, 2023

                                                                       TERRENCE W. BOYLE
                                                                       UNITED STATES DISTRICT JUDGE